UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-21587-BLOOM/Louis

JARED NEWMAN, *individually,*
*and on behalf of all others*
*similarly situated*,

    Plaintiff,

v.

THE CONTAINER STORE, INC.,

    Defendant.
_____/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

    **THIS CAUSE** is before the Court upon the Notice of Dismissal Without Prejudice, ECF No. [11] ("Notice"), filed on May 31, 2019. The Court has carefully reviewed the Notice and the record, and is otherwise fully advised in the premises. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [11]** is **APPROVED** and **ADOPTED**;

2. The above-styled case is **DISMISSED WITHOUT PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

    **DONE AND ORDERED** in Chambers at Miami, Florida, on May 31, 2019.

                                                       _____
                                                       BETH BLOOM
                                                       UNITED STATES DISTRICT JUDGE

Case No. 19-cv-21587-BLOOM/Louis

Copies to:

Counsel of Record